**Order entered February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00078-CR

### JUSTIN COLE DRYMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 12CL-0355**

## ORDER

Appellant's January 16, 2015 motion to extend the time to file appellant's notice of appeal is **GRANTED**.

Appellant's notice of appeal is **DEEMED** timely filed on the date of this order.

/s/      LANA MYERS
JUSTICE